# SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
| QVC, INC.<br><br>v.<br><br>Q VISION NETWORK, INC. | CIVIL ACTION NO. 02-2874<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Q Vision Network Inc<br>7944 East Beck Lane<br>#140<br>Scottsdale, AZ 85260 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Manny D. Pokotilow, Esq.
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
Seven Penn Center, 12th flr., 1635 Market St.
Philadelphia, PA  19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: 5/14/02 |
| (By) Deputy Clerk<br>[signature]<br>PATRICIA A. JONES | |

®AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 5/20/02 |
| NAME OF SERVER (PRINT) Jeff Evert | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Scott Singer in person, the president of Q Vision Network, INC.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/20/02  
　　　　　　　　Date　　　　　　Signature of Server

7150 E. Camelback Rd. #444, Scottsdale, AZ 85251  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. District Court, Eastern District of Pennsylvania
(NAME OF COURT)

QVC, INC.   vs   Q Vision Network, INC.   02-2874
PLAINTIFF/PETITIONER         DEFENDANT/RESPONDENT         CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Q Vision Network INC.
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)

by serving Scott Singer — President
NAME — RELATIONSHIP

at ☐ Home
☒ Business  7944 E. Beck LN. #140 Scottsdale, AZ

on 5/20/02   at   3:51 P.M.
DATE         TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE

**Manner of Service:** ☒ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address      ☐ Evading                          ☐ Moved, Left no Forwarding         ☐ Other:
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ _____ ( ) _____ _____
                                                   DATE  TIME       DATE  TIME
( ) _____ _____ ( ) _____ _____ ( ) _____ _____
  DATE  TIME     DATE  TIME     DATE  TIME

Description  Age: 38  Sex: M  Race: W  Hgt: 5'9"  Wgt: 180  Hair: BRN  Glasses: N

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on 5/21/02 at Scottsdale, Arizona
DATE            CITY         STATE

SIGNATURE OF PROCESS SERVER

State of Arizona
County of Maricopa
subscribed and sworn before me, a notary public, this 21ST day of May, 2002.

WITNESS MY HAND AND OFFICIAL SEAL TO

AARON DONGELL
Notary Public - Arizona
Maricopa County
My Commission Expires
July 12, 2003

NOTARY PUBLIC



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS