IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 02-CV-2874 |
| Q VISION NETWORK, INC., | : | |
| Defendant. | : | |

**PLAINTIFF QVC, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff QVC, Inc. hereby moves this Honorable Court for a preliminary injunction, enjoining Defendant Q Vision Network, Inc. from using any mark confusingly similar to and/or dilutive of Plaintiff's name and federally registered marks, QVC and Q, in connection with electronic retail services, namely the use of the marks Q VISION NETWORK, Q SHOP and Q SHOP TV.

This Motion should be granted, because Plaintiff is likely to succeed on the merits and will be irreparably harmed if an injunction is not granted.

A Memorandum of Law and a proposed Order in support of this Motion are enclosed.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>**CAESAR, RIVISE, BERNSTEIN,<br>COHEN & POKOTILOW, LTD.** |
| June 10, 2002 | By _/s/ Manny D. Pokotilow_<br>Manny D. Pokotilow  (ID# 13310)<br>Salvatore Guerriero (ID# 83680)<br>Seven Penn Center - 12th Floor<br>1635 Market Street<br>Philadelphia, PA  19103-2212<br>(215) 567-2010<br><br>*Attorneys for Plaintiff,<br>QVC, Inc.* |