## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QVC, INC.                    :

     Plaintiff,          :

vs.                          :          Civil Action No. 02-CV-2874

Q VISION NETWORK, INC.,      :

     Defendant.          :

### DECLARATION OF NEAL GRABELL

I Neal Grabell, Esquire, declare and state as follows:

1.    I am Senior Vice-President and General Counsel for QVC, Inc., the plaintiff in the above-referenced civil action, and make this Declaration in support of QVC's Motion for Preliminary Injunction.

2.    The statements contained in this Declaration are based upon my personal knowledge of the events recited herein, and upon my review of contemporaneous and relevant files and documents, except where stated on my understanding or upon information and belief, in which event I believe the same to be true.

3.    QVC, Inc. is a Delaware corporation having its principal place of business located at Studio Park, West Chester, PA. QVC, Inc. has numerous subsidiaries and affiliates through which it conducts business. (Hereinafter, QVC, Inc. and its subsidiaries and affiliates will be collectively referred to as "QVC.")

4.   QVC is one of the nation's largest and most well known electronic retailers.  It has helped create and has been a major force in the televised shopping industry since it debuted in 1986.  QVC established a new record in American business history for first full-fiscal-year sales by a new public company, with revenues of more than $112 million.  By 1993, QVC had become the number one televised shopping service in sales, profits, and reputation in the U.S., reaching more than 80% of all U.S. cable homes and three (3) million satellite dishes.

5.   As of December 31, 2001, QVC's television program was available, on a full and part-time basis, to more than 82 million homes in the United States, more than 9.2 million homes in the United Kingdom, more than 27.9 million homes in Germany and more than 5.6 million homes in Japan.  In 2001, Plaintiff shipped more than 92 million units to customers around the world as a result of some 133 million phone calls, leading to more than $3.9 billion in sales.

6.   Since 1996, QVC has offered an interactive shopping service, QVC.COM, on the Internet, which, like its television shopping service, offers a diverse array of merchandise, online, 24 hours a day, 7 days a week.  Sales on QVC.COM have climbed from $15 million in 1997 to $285 million in 2001.  The QVC Web site handles approximately 2.4 million unique visitors each month.  Among the accolades that QVC's QVC.COM site has received includes the prestigious CIO Web Business 50 Award from IDG's *CIO* magazine, which honors 50 outstanding Web sites across business, government, and non-profit platforms, and from

Forrester Power Ranking – a leading independent Internet research firm which analyzes technology change and its impact on business, consumers, and society – a number one (1) ranking as the top general merchandiser on the Internet.

7.    In addition, QVC also markets its products through mail-order catalogs and various retail outlets located in Pennsylvania, Delaware, Minnesota, South Carolina and Florida.

8.    QVC has continuously provided its retail services under the names and marks QVC and QVC NETWORK since 1986, and Q since 1994.

9.    QVC is the prior user and exclusive licensee of the name and mark QVC. The United States Patent and Trademark Office ("USPTO"), on or about September 1, 1987, granted federal trademark registration to QVC for the mark QVC for providing at home shopping services in the field of general merchandise by means of cable television as Certificate of Registration No. 1,455,889. Attached hereto and incorporated herein as Exhibit 1 is a copy of Certificate of Registration No. 1,455,889.

10.    On or about February 26, 1993, the USPTO accepted the Section 8 and 15 Combined Declaration of Use and for Incontestability re Certificate of Registration No. 1,455,889.

11.    Accordingly, upon acceptance of the Section 8 and 15 Combined Declaration of Use and for Incontestability re Certificate of Registration No. 1,455,889 by the USPTO, the validity of the registered mark and of the registration of the mark, ownership of the mark, and the exclusive right to use said registered mark in commerce for the above-mentioned services are

incontestable under 15 U.S.C. § 1065 and 15 U.S.C. § 1115(b).

12.   On  or  about  November  8,  1988,  the  USPTO  granted federal  trademark  registration  to  QVC  for  the  mark  QVC  NETWORK (plus  design)  for  providing  at  home  shopping  services  in  the field  of  general  merchandise  by  means  of  television  as Certificate  of  Registration  No.  1,512,144.   Attached  hereto  and incorporated  herein  as  Exhibit  2  is  a  copy  of  Certificate  of Registration No. 1,512,144.

13.   On  or  about  November  2,  1994,  the  USPTO  accepted  the Section  8  and  15  Combined  Declaration  of  Use  and  for Incontestability re Certificate of Registration No. 1,512,144.

14.   Accordingly,  upon  acceptance  of  the  Section  8  and  15 Combined  Declaration  of  Use  and  for  Incontestability  re Certificate  of  Registration  No.  1,512,144  by  the  USPTO,  the validity  of  the  registered  mark  and  of  the  registration  of  the mark,  ownership  of  the  mark,  and  the  exclusive  right  to  use  said registered  mark  in  commerce  for  the  above-mentioned  services  are incontestable under 15 U.S.C. § 1065 and 15 U.S.C. § 1115(b).

15.   On  or  about  October  31,  1995,  the  USPTO  granted federal  trademark  registration  to  QVC  for  the  mark  QVC  (in stylized  form)  for  providing  at  home  shopping  services  by  means of  television  as  Certificate  of  Registration  No.  1,930,782. Attached  hereto  and  incorporated  herein  as  Exhibit  3  is  a  copy of Certificate of Registration No. 1,930,782.

16.   On  or  about  March  30,  2001,  the  USPTO  accepted  the Section  8  and  15  Combined  Declaration  of  Use  and  for Incontestability re Certificate of Registration No. 1,930,782.

17. Accordingly, upon acceptance of the Section 8 and 15 Combined Declaration of Use and for Incontestability re Certificate of Registration No. 1,930,782 by the USPTO, the validity of the registered mark and of the registration of the mark, ownership of the mark, and the exclusive right to use said registered mark in commerce for the above-mentioned services are incontestable under 15 U.S.C. § 1065 and 15 U.S.C. § 1115(b).

18. On or about January 2, 1996, the USPTO granted federal trademark registration to QVC for the mark QVC for catalog and mail order services in the field of general merchandise as Certificate of Registration No. 1,945,357. Attached hereto and incorporated herein as Exhibit 4 is a copy of Certificate of Registration No. 1,945,357.

19. On or about September 7, 2001, the USPTO accepted the Section 8 and 15 Combined Declaration of Use and for Incontestability re Certificate of Registration No. 1,945,357.

20. Accordingly, upon acceptance of the Section 8 and 15 Combined Declaration of Use and for Incontestability re Certificate of Registration No. 1,945,357 by the USPTO, the validity of the registered mark and of the registration of the mark, ownership of the mark, and the exclusive right to use said registered mark in commerce for the above-mentioned services are incontestable under 15 U.S.C. § 1065 and 15 U.S.C. § 1115(b).

21. The USPTO has also granted federal trademark registration to QVC for the mark QVC for retail store services in the field of general merchandise as Certificate of Registration No 2,015,779; and for interactive retail services

provided via computer and television featuring general merchandise as Certificate of Registration No 2,098,066. Attached hereto and incorporated herein as Exhibit 5 is a copy of Certificate of Registration No. 2,015,779, and, as Exhibit 6, a copy of Certificate of Registration No. 2,098,066.

22.  QVC is also the prior user and owner of the name and mark Q.  On or about August 22, 1995, the USPTO granted federal trademark registration to QVC for the mark Q for providing at home shopping services in the field of general merchandise by means of television as Certificate of Registration No. 1,914,291.  Attached hereto and incorporated herein as Exhibit 7 is a copy of Certificate of Registration No. 1,914,291.

23.  On or about September 25, 2001, the USPTO accepted the Section 8 and 15 Combined Declaration of Use and for Incontestability re Certificate of Registration No. 1,914,291.

24.  Accordingly, upon acceptance of the Section 8 and 15 Combined Declaration of Use and for Incontestability re Certificate of Registration No. 1,914,291 by the USPTO, the validity of the registered mark and of the registration of the mark, ownership of the mark, and the exclusive right to use said registered mark in commerce for the above-mentioned services are incontestable under 15 U.S.C. § 1065 and 15 U.S.C. § 1115(b).

25.  The above Certificates of Registration and the marks covered thereby are valid and in full force and effect.

26.  QVC has all right, title and interest in and to Certificate of Registration 1,914,291, and the mark covered thereby, to bring the above-captioned Civil Action.

27. Certificates of Registration Nos. 1,455,889, 1,512,144, 1,930,782, 1,945,357, 2,015,779 and 2,098,066 and the marks covered thereby (hereinafter collectively referred to as the "QVC marks") are subsisting in the name of ER Marks, Inc., a wholly-owned subsidiary of QVC. QVC is the exclusive licensee of ER Marks, Inc., and as exclusive licensee, QVC is entitled to full and exclusive use of the QVC marks. QVC has complete authorization to enforce these marks, including the right to seek injunctive relief and collect damages for infringement thereof.

28. Continuously, since long prior to the acts of Defendant Q Vision Networks, Inc. alleged herein, QVC has established a substantial market for its goods and services sold and marketed through its QVC television network, its online interactive shopping site, QVC.COM, mail order catalogs and retail stores. The QVC and Q marks are always shown in association with the goods and services provided by QVC, which have been widely advertised and extensively offered under these marks. These goods and services have achieved fame and renown throughout the United States in view of QVC's extensive exposure through its broadcasting, advertising, promotion and sale of the goods and services in association with the QVC and Q marks.

29. As a result of QVC's exclusive, continuous and substantial use, and its continuous, extensive sales and advertising, the QVC and Q marks have come to represent an invaluable symbol of the goodwill of QVC's business and possess a very high degree of distinctiveness. The QVC and Q marks are

famous and recognized by consumers throughout the United States as identifying goods and services which have their source, origin or sponsorship with QVC, and as distinguishing such goods and services from the goods and services of others.

30. Upon information and belief, Defendant Q Vision Network, Inc. is an Arizona corporation, having a place of business at 7944 East Beck Lane, Scottsdale, AZ 85260. Attached as Exhibit 8 is a copy of the Arizona Department of State Division of Corporations online record for Defendant Q Vision Network, Inc.

31. Upon information and belief, Defendant, along with the trade and the public, are well aware of QVC's prior use of the QVC and Q marks and the valuable reputation and goodwill represented and symbolized thereby.

32. Upon further information and belief, well after QVC had established its rights in its QVC and Q marks and after these marks had become well-known among consumers, Defendant has adopted and used the Q VISION NETWORK, Q SHOP and/or Q SHOP TV marks in connection with its infomercials and television program(s) and its interactive Web site, where Defendant retails and markets various items of general merchandise. Attached as Exhibit 9 is a copy of a television screen display of Defendant's television shopping program. Attached as Exhibit 10 is a copy of a computer screen display of the home page of Defendant's online retail shopping service. Attached as Exhibit 11 are the WHOIS records for the QSHOP.TV, QSHOPTV.COM and QVISIONNETWORK.COM domain names, which show that Defendant

registered these domain names on November 13, 2001, December 20, 2001 and February 23, 2002, respectively.

33.  Upon discovering and investigating Defendant's use of the Q VISION NETWORK, Q SHOP and/or Q SHOP TV marks, QVC initiated the instant Action.  At the same time, QVC, through its counsel, contacted Defendant and demanded that it immediately cease any use of the Q VISION NETWORK, Q SHOP and/or Q SHOP TV marks.  Despite attempts to resolve this dispute, QVC is compelled to commence the present Motion for Preliminary Injunction.

34.  QVC has expended substantial time, effort, expense and resources to develop brand recognition and goodwill through its marketing of its services and the QVC and Q marks.  I believe that QVC will be irreparably harmed, as consumers are likely to be confused as a result of Defendant's use of substantially similar marks in connection with identical services, and consumers are likely to assume that Defendant's commercial activities are somehow affiliated, connected or associated with QVC.

35.  Furthermore, QVC will be irreparably harmed, because consumers are likely to make a mental association between the parties' marks and both parties, thereby diluting the unique and distinctive link between the well-known QVC and Q marks and QVC's services.  As a result, the QVC and Q marks will lose the strength they once possessed.  It is impossible to place a dollar value on such damage to QVC's marks.

36.  QVC plainly has no control over how Defendant conducts

and will conduct its business, and to the extent that Defendant employs promotional and marketing methods that QVC believes are inappropriate or markets products that are not substantively or qualitatively consistent with QVC's high standards, Defendant will further injure and adversely affect QVC's ability to shape and control the reputation and goodwill it has worked so hard developing.

I declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed on this _12th_ day of June 2002.

QVC, INC.

BY: _Neal S. Grabell_
Neal S. Grabell
Senior Vice President

10

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,455,889
Registered Sep. 1, 1987

## SERVICE MARK
### PRINCIPAL REGISTER

## QVC

QVC NETWORK, INC. (DELAWARE CORPO-
RATION)
GOSHEN CORPORATE PARK
WEST CHESTER, PA 19380

   FOR: PROVIDING AT HOME SHOPPING
SERVICES IN THE FIELD OF GENERAL MER-
CHANDISE BY MEANS OF CABLE TELEVI-
SION, IN CLASS 42 (U.S. CL. 101).

FIRST USE 12–29–1986; IN COMMERCE
12–29–1986.

   SER. NO. 640,709, FILED 1–20–1987.

TERRY ELLEN HOLTZMAN, EXAMINING AT-
TORNEY


PLAINTIFF'S
EXHIBIT
1

Int. Cl.: 42

Prior U.S. Cls.: 101 and 107

## United States Patent and Trademark Office

Reg. No. 1,512,144
Registered Nov. 8, 1988

### SERVICE MARK
### PRINCIPAL REGISTER



QVC NETWORK, INC. (DELAWARE CORPO-
RATION)
GOSHEN CORPORATION PARK
WEST CHESTER, PA 19380

FOR: PROVIDING AT-HOME SHOPPING
SERVICES IN THE FIELD OF GENERAL MER-
CHANDISE BY MEANS OF TELEVISION, IN
CLASS 42 (U.S. CLS. 101 AND 107).
FIRST USE 11–24–1986; IN COMMERCE
11–24–1986.
OWNER OF U.S. REG. NO. 1,455,889 AND
OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "NETWORK", APART FROM
THE MARK AS SHOWN.

THE LINING SHOWN IN THE MARK IS A
FEATURE OF THE MARK AND DOES NOT
INDICATE COLOR.

SER. NO. 715,880, FILED 3–10–1988.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY

PLAINTIFF'S
EXHIBIT
2

**Int. Cl.: 42**



**Prior U.S. Cl.: 100**

## United States Patent and Trademark Office

**Reg. No. 1,930,782**
Registered Oct. 31, 1995

### SERVICE MARK
### PRINCIPAL REGISTER



QVC, INC. (DELAWARE CORPORATION)
1635 ENTERPRISE DRIVE
WEST CHESTER, PA 19380 , BY CHANGE OF
NAME FROM QVC NETWORK, INC. (DELA-
WARE CORPORATION) WEST CHESTER, PA
19380

FOR: PROVIDING AT HOME SHOPPING
SERVICES BY MEANS OF TELEVISION, IN
CLASS 42 (U.S. CL. 100).

FIRST USE 11–18–1993; IN COMMERCE
11–18–1993.

OWNER OF U.S. REG. NOS. 1,455,889, 1,775,599
AND OTHERS.

SER. NO. 74–504,734, FILED 3–24–1994.

W. A. CONN, EXAMINING ATTORNEY

PLAINTIFF'S
EXHIBIT
3
tabbies

Int. Cl.: 42



Prior U.S. Cls.: 100 and 101

Reg. No. 1,945,357

## United States Patent and Trademark Office

Registered Jan. 2, 1996

### SERVICE MARK
### PRINCIPAL REGISTER

## QVC

QVC, INC. (DELAWARE CORPORATION)
1365 ENTERPRISE DRIVE
WEST CHESTER, PA 19380

FOR: CATALOG AND MAIL ORDER SERV-ICES IN THE FIELD OF GENERAL MER-CHANDISE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-29-1986; IN COMMERCE 12-29-1986.
OWNER OF U.S. REG. NOS. 1,723,745 AND 1,775,599.

SER. NO. 74-588,303, FILED 10-14-1994.

W. A. CONN, EXAMINING ATTORNEY



PLAINTIFF'S
EXHIBIT
4

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,015,779

Registered Nov. 12, 1996

## SERVICE MARK
### PRINCIPAL REGISTER

## QVC

QVC, INC. (DELAWARE CORPORATION)
1365 ENTERPRISE DRIVE
WEST CHESTER, PA 19380

FOR: RETAIL STORE SERVICES INN THE FIELD OF GENERAL MERCHANDISE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11–0–1987; IN COMMERCE 11–0–1987.
OWNER OF U.S. REG. NOS. 1,455,889 AND 1,930,782.

SER. NO. 75–038,790, FILED 12–29–1995.

LESLEY LAMOTHE, EXAMINING ATTORNEY



PLAINTIFF'S
EXHIBIT
5

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,098,066

## United States Patent and Trademark Office

Registered Sep. 16, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## QVC

QVC, INC. (DELAWARE CORPORATION)
1365 ENTERPRISE DRIVE
WEST CHESTER, PA 19380

FOR: INTERACTIVE RETAIL SERVICES PROVIDED VIA COMPUTER AND TELEVISION, FEATURING GENERAL MERCHANDISE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.
OWNER OF U.S. REG. NOS. 1,455,889, 1,775,599, AND OTHERS.

SN 74-697,577, FILED 6-21-1995.

LESLEY LAMOTHE, EXAMINING ATTORNEY

PLAINTIFF'S
EXHIBIT
6

Int. Cl.: 42

Prior U.S. Cls.: 101 and 107



## United States Patent and Trademark Office

Reg. No. 1,914,291
Registered Aug. 22, 1995

### SERVICE MARK
### PRINCIPAL REGISTER

## Q

QVC, INC. (DELAWARE CORPORATION)
1635 ENTERPRISE DRIVE
WEST CHESTER, PA 19380 BY CHANGE OF
NAME FROM QVC NETWORK, INC. (DELA-
WARE CORPORATION) WEST CHESTER, PA
19380

FOR: PROVIDING AT HOME SHOPPING
SERVICES IN THE FIELD OF GENERAL MER-
CHANDISE BY MEANS OF TELEVISION, IN
CLASS 42 (U.S. CLS. 101 AND 107).

FIRST USE 5–2–1994; IN COMMERCE
5–2–1994.

SN 74–357,310, FILED 2–9–1993.

JEAN MARC BRUN, EXAMINING ATTORNEY

PLAINTIFF'S
EXHIBIT
tabbies
7

Arizona Corporation Commission

06/07/2002                State of Arizona Public Access System                7:07 AM

**File Number: -1006850-0**

**Corp. Name: QVISION NETWORK, INC.**

## Domestic Address

7944 E BECK LN #140

SCOTTSDALE, AZ 85260

## Statutory Agent Information

**Agent Name:** SCOTT SINGER

**Agent Address:**

7944 E BECK LN #140

SCOTTSDALE, AZ 85260

**Agent Status:** APPOINTED 10/25/2001

**Agent Last Updated:**

## Additional Corporate Information

Business Type:                          Corporation Type: BUSINESS

Incorporation Date: 10/25/2001          Corporate Life Period: PERPETUAL

Domicile: ARIZONA                       County: MARICOPA

Approval Date: 10/25/2001               Original Publish Date:

## Annual Reports

Next Annual Report Due: 10/25/2002

## Microfilm

| | | Description |
|---|---|---|
| 1-1487-016-026 | 10/25/2001 | ARTICLES |

- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**
- **Return to Arizona Corporation Commission Home Page**

PLAINTIFF'S
EXHIBIT
8
tabbies



PLAINTIFF'S
EXHIBIT
9

Qvision Network, Inc.                                                http://www.qvisionnetwork.com/



**_Qvision Network, Inc._**                    _www. QShop.tv_

Home    About Us    Customer Service    Show Hosts    Vendor Info    Order Tracking
Distributor's

Home
Coin Collectibles
Sports Collectibles
Electronics
Fashion
Gaming Products
Health & Fitness
Houseware
Jewelry
Self Help
Weekly Special's

Search For: [_____]  [Search]



Tiger Woods Rookie Card: S-5006 / S-5102



GSV "Champions of Golf": Item S-5007



Baseball old Timers Pkg: Item S-5003



4 Row Monster Box: Item S-5004



The Sports Explosion: Item S-5100



NASCAR Special: Item S-5101



Baseball Blowout: Item S-5103



Bobby Singer "Winning at Blackjack":
Item G-1000



Bobby Singer "Winning at Blackjack":
Item G-1001

**Qvision Mailing List**

Your Name:  [_____]
Your E-Mail: [_____]

[Submit]

PLAINTIFF'S
EXHIBIT
10

Qvision Network, Inc.                                                                    http://www.qvisionnetwork.com/



Web Sites that work EzNettools
Local EZnettools Reseller

**For more information:**
Qvision Network, Inc.
7944 E. Beck Lane
Scottsdale, AZ 85260 US
Email: Information@QShop.tv
**(800) 204-3779**

© Copyright 2002 Qvision Network, Inc.. All Rights Reserved.

6/7/02 10:07 AM

Qvision Network, Inc.



**Qvision Network, Inc.**     *www.QShop.tv*

Home     About Us     Customer Service     Show Hosts     Vendor Info     Order Tracking
Distributor's

Home
Coin Collectibles
Sports Collectibles
Electronics
Fashion
Gaming Products
Health & Fitness
Houseware
Jewelry
Self Help
Weekly Special's

Search For:  [ Search ]



Tiger Woods Rookie Card: S-5006 / S-5102



GSV "Champions of Golf": Item S-5007



Baseball old Timers Pkg: Item S-5003



4 Row Monster Box: Item S-5004



The Sports Explosion: Item S-5100



NASCAR Special: Item S-5101



Baseball Blowout: Item S-5103



Bobby Singer "Winning at Blackjack":
Item G-1000



Bobby Singer "Winning at Blackjack":
Item G-1001

**Qvision Mailing List**

Your Name: [          ]
Your E-Mail: [          ]

[ Submit ]



Web Sites that work EzNettools
Local EZnettools Reseller

**For more information:**
Qvision Network, Inc.
7944 E. Beck Lane
Scottsdale, AZ 85260 US
Email: Information@QShop.tv
**(800) 204-3779**

© Copyright 2002 Qvision Network, Inc.. All Rights Reserved.

**Qvision Network, Inc.**                    www.QShop.tv

Home   About Us   Customer Service   Show Hosts   Vendor Info   Order Tracking
Distributor's

Home
Coin Collectibles
Sports Collectibles
Electronics
Fashion
Gaming Products
Health & Fitness
Houseware
Jewelry
Self Help
Weekly Special's

Search For: [                    ]  [ Search ]



Tiger Woods Rookie Card: S-5006 / S-5102



GSV "Champions of Golf": Item S-5007



Baseball old Timers Pkg: Item S-5003



4 Row Monster Box: Item S-5004



The Sports Explosion: Item S-5100



NASCAR Special: Item S-5101



Baseball Blowout: Item S-5103



Bobby Singer "Winning at Blackjack":
Item G-1000



Bobby Singer "Winning at Blackjack":
Item G-1001

**Qvision Mailing List**

Your Name: [                    ]
Your E-Mail: [                    ]

[ Submit ]



Web Sites that work EzNettools
Local EZnettools Reseller

**For more information:**
Qvision Network, Inc.
7944 E. Beck Lane
Scottsdale, AZ 85260 US
Email: Information@QShop.tv
**(800) 204-3779**

© Copyright 2002 Qvision Network, Inc.. All Rights Reserved.

Whois
http://registrar.godaddy.com/whois.asp?domain=QVISIONNETW...

## Go Daddy Domains

COM, NET, ORG Registration Pricing

| Register A New Domain | Transfer A Domain | Manage Your Account | Private Label |

## WHOIS Database Search

Tell A Friend    New to Domain Names?    Frequently Asked Questions    Customer Support Forum

Specify domain below:

[QVISIONNETWORK] [COM▼] [SUBMIT]

QVISIONNETWORK.COM WHOIS results:

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose, including, but not
limited to, allowing or making possible dissemination or
collection of this data in part or in its entirety for any
purpose, such as the transmission of unsolicited advertising and
solicitations, is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.

Registrant:
   Scott Singer
   Qvision Network, Inc.
   7944 E. Beck Lane
   Suite 140
   Scottsdale, Arizona 85260
   United States

   Registrar: Go Daddy Software (http://registrar.godaddy.com)
   Domain Name: QVISIONNETWORK.COM
      Created on: 23-Feb-02
      Expires on: 23-Feb-03
      Last Updated on: 23-Feb-02

   Administrative Contact:
      Singer, Scott   Information@QShop.tv
      Qvision Network, Inc.
      7944 E. Beck Lane
      Suite 140
      Scottsdale, Arizona 85260
      United States
      (480) 556-9011        Fax -- (480) 609-0982
   Technical Contact:
      Administrator, DNS   dns@icserv.net
      ICServ, Inc.
      310 N. 2nd E.
      Suite 108
      Rexburg, Idaho 83440
      United States
      (208) 356-8361        Fax -- (208) 356-4969

   Domain servers in listed order:
      NS1.ICSERV.NET
      NS2.ICSERV.NET

Domain Registration, Transfer, and Application fees are not refundable.

Register a New Domain        Transfer an Existing Domain    Manage Your Account    Domain Dispute Policy

Registration Agreement    Transfer Agreement        Transfer Ownership Agreement    Purchase Hosting    WebSite Software    Private Label    Whois

Go Daddy is:


ICANN ACCREDITED

Copyright © 2002 Go Daddy Software, Inc. All rights reserved.



PLAINTIFF'S EXHIBIT
11

Whois                                    http://registrar.godaddy.com/whois.asp?domain=QSHOPTV.COM



## WHOIS Database Search

Specify domain below:

QSHOPTV    COM    SUBMIT

QSHOPTV.COM WHOIS results:

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose, including, but not
limited to, allowing or making possible dissemination or
collection of this data in part or in its entirety for any
purpose, such as the transmission of unsolicited advertising and
solicitations, is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.

Registrant:
   Scott Singer
   Qvision Network, Inc.
   7944 E. Beck Lane
   Suite 140
   Scottsdale, Arizona 85260
   United States

   Registrar: Go Daddy Software (http://registrar.godaddy.com)
   Domain Name: QSHOPTV.COM
      Created on: 20-Dec-01
      Expires on: 20-Dec-02
      Last Updated on: 20-Dec-01

   Administrative Contact:
      Singer, Scott  Information@QShop.tv
      Qvision Network, Inc.
      7944 E. Beck Lane
      Suite 140
      Scottsdale, Arizona 85260
      United States
      (480) 556-9011      Fax -- (480) 609-0982
   Technical Contact:
      Administrator, DNS  dns@icserv.net
      ICServ, Inc.
      310 N. 2nd E.
      Suite 108
      Rexburg, Idaho 83440
      United States
      (208) 356-8361      Fax -- (208) 356-4969

   Domain servers in listed order:
      NS1.ICSERV.NET
      NS2.ICSERV.NET

Domain Registration, Transfer, and Application fees are not refundable.

Register a New        Transfer an Existing Domain    Manage Your Account    Domain Dispute
Domain                                                                       Policy

Registration Agreement    Transfer        Transfer Ownership Agreement    Purchase Hosting    WebSite Software    Private    Whois
                          Agreement                                                                              Label

Go Daddy Is:



Copyright © 2002 Go Daddy Software, Inc. All rights reserved.





| HOME | FIND A DOMAIN NAME | BUILD YOUR WEBSITE | ADD OPTIONS | SECURITY SERVICES | MANAGE ACCOUNT | RENEW SERVICES | VIEW ORDER | WHOIS | CUSTOMER SERVICE |

→ WHOIS -> Search Results

**You are Here:**

▶ **WHOIS**
**Search Results**

Registrant:
Qvision Network, Inc. (QSHOP12-DOM)
7944 E. Beck Lane
Scottsdale, AZ 85260
US

Domain Name: QSHOP.TV

Administrative Contact:
   Qvision Network, Inc.   (ZSLWURLAUO)          SSinger@QShop.tv
   Qvision Network, Inc.
   7944 E. Beck Lane
   Scottsdale, AZ 85260
   US
   480-556-9011 fax: 480-609-0982
Technical Contact:
   DNS Administrator   (DA12719-OR)       dns@ICSERV.NET
   ICServ, Inc
   310 North 2nd East Suite 108
   Rexburg, ID 83440
   US
   208-356-8361
   Fax- 208-356-4969

Record expires on 13-Nov-2002.
Record created on 13-Nov-2001.
Database last updated on 7-Jun-2002 10:13:39 EDT.

Domain servers in listed order:

NS1.ICSERV.NET          12.42.147.34
NS2.ICSERV.NET          12.23.66.24

**FAQs**

⁂ What is a Handle? What is a Handle record?

⁂ What is a Host? What is a host record?

⁂ The domain name I want has expired according to the WHOIS record. Why can't I register that name?

ONE YEAR FREE! *When you register your* BIZ WEB ADDRESS for ONE YEAR!

Transfer Your Domain TODAY IT'S EASY!

Register Domain Names 1 YEAR FREE! included in a 3 year registration

Search Our WHOIS Records

e.g. netsol.com

[GO!]

**Search WHOIS by:**
⦿ **Domain name**     ○ **NIC handle**

**Learn More** about using WHOIS

⯈ **Get the Name You Want**

Is the name you want already registered? Check to see if it's for sale on our GreatDomains.com listing of names for resale. Click here to view the catalog.

⯈ **Get Listed in Top Search Engines**

Make sure all your key Web pages can be found on popular search sites.

**More Ways to use our Site**

⁑ Brainstorm a name **using keywords.**

⁑ Get Noticed with **Personalized E-Mail**. Use e-mail that matches your domain name.

⁑ **Transfer your Domain Name registration** to VeriSign.

Search VeriSign whois records in the whois section of netsol.com http://www.netsol.com/cgi-bin/whois/whois?STRING=qshop.tv&S...

  **Domain Magistrate**

Domain Magistrate helps you find
information regarding domain name
disputes, ICANN decisions and more

**Get Listed in Local City Guides**

**Search the Web with Dogpile**                    **Yellow Pages-Find a business FAST**

Enhance your Web site with these easy to use tools.

SuperStats  |  Guest Book  |  Board Server  |  EZ Polls  |  Counter

NOTICE: The Data in VeriSign's WHOIS database is provided by VeriSign for information purposes only, and to
assist persons in obtaining information about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. Additionally, the data may not reflect updates to billing contact information. By
submitting a WHOIS query, you agree to use this Data only for lawful purposes and that under no
circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high
volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of
VeriSign. VeriSign reserves the right to terminate your access to the VeriSign WHOIS database in its sole
discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise
abide by this policy. VeriSign reserves the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Review our Privacy Policy, Service Agreement, Legal Notice and Disclaimer.
© Copyright 2002 VeriSign, Inc. All rights reserved.



