IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC. | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 02-CV-2874 |
| Q VISION NETWORK, INC., | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the following documents are being served on June 10, 2002 to counsel for Defendant Q Vision Network, Inc., by Federal Express mail, postage prepaid, to Gordon E. Dudley, Esq., Hymson & Goldstein, P.C., 14646 North Kierland Blvd., Suite 255, Scottsdale, AZ 85254:

- Plaintiffs' Motion for Preliminary Injunction;
- Memorandum of Law in Support thereof;
- Declaration of Neal Grabell;
- Proposed Preliminary Injunction Order;
- Proposed Scheduling Order;
- Plaintiff's Motion for Leave to File a Supporting Brief in Excess of Twenty-five (25) Pages; and
- Proposed Order.

_____
Salvatore Guerriero