IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 02-CV-2874 |
| Q VISION NETWORK, INC., | : | |
| Defendant. | : | |

[PROPOSED] ORDER

**AND NOW,** this ___ day of _____, 2002, upon consideration of Plaintiff's Motion For Leave to File a Supporting Brief in Excess of Twenty-five (25) Pages, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall be permitted to file the its Memorandum of Law in support of its Motion for Preliminary Injunction.

BY THE COURT:

_____
Harvey Bartle, III, J.