IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>Q VISION NETWORK, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No. 02-CV-2874<br>:<br>:<br>:<br>: |

[PROPOSED] SCHEDULING ORDER

**AND NOW THIS** \_\_\_\_ day of _____, 2002, on presentation of Plaintiff's Motion for Preliminary Injunction and Memorandum of Law in Support Thereof,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction is set for hearing before the undersigned in Room _____, United States District Court for the Eastern District of Pennsylvania, on the \_\_\_\_ day of _____, 2002, at _____ a.m./p.m.

**BY THE COURT:**

_____
Harvey Bartle, III, J.