IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC. | : |
|     Plaintiff, | : |
| vs. | :    Civil Action No. 02-CV-2874 |
| Q VISION NETWORK, INC., | :    **REQUEST FOR ENTRY OF DEFAULT** |
|     Defendant. | : |

To   :    Clerk of Court
             United States District Court
             Eastern District of Pennsylvania
             U.S. Courthouse
             601 Market Street, Room 2609
             Philadelphia, PA 19106-1797

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff QVC, Inc. respectfully requests entry of default against Defendant Q Vision Network, Inc.

This request is based on the grounds set forth in the Affidavit of Salvatore Guerriero, which is attached hereto as Exhibit A and is incorporated herein by reference.

                              Respectfully submitted,

                              **CAESAR, RIVISE, BERNSTEIN,
                              COHEN & POKOTILOW, LTD.**

June 13, 2002            By _____
                              Manny D. Pokotilow   (ID# 13310)
                              Salvatore Guerriero   (ID# 83680)
                              Seven Penn Center - 12th Floor
                              1635 Market Street
                              Philadelphia, PA  19103-2212
                              (215) 567-2010
                              *Attorneys for Plaintiff,
                              QVC, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC. | : |
|     Plaintiff, | : |
| vs. | : Civil Action No. 02-CV-2874 |
| Q VISION NETWORK, INC., | : |
|     Defendant. | : |

### AFFIDAVIT OF SALVATORE GUERRIERO

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

    I, SALVATORE GUERRIERO, being duly sworn, do depose and say as follows:

    1.   I am an attorney with the law firm of Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd., counsel to Plaintiff, QVC, Inc.

    2.   The Summons and Complaint were personally served upon Scott Singer, President of and Statutory Agent for Defendant Q Vision Network, Inc. on May 20, 2002, at 7944 East Beck Lane, Scottsdale, AZ 85260, as set forth in the copy of the Proof of Service attached hereto and incorporated herein as Exhibit 1.

    3.   To date, Defendant has yet to appear, answer or otherwise respond to the Complaint.

    4   Defendant is neither an infant, an incompetent person nor in the active military service of the United States.



PLAINTIFF'S EXHIBIT A

Further affiant sayeth not.

_____
Salvatore Guerriero

Sworn to and subscribed before me, a Notary Public, on this 13th day of June 2002.

_____ (SEAL)
Notary Public

My Commission Expires: 3-11-2006

> Notarial Seal
> Richard A. Massaro, Notary Public
> City Of Philadelphia, Philadelphia County
> My Commission Expires Mar. 11, 2006
>
> Member, Pennsylvania Association Of Notaries

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC.<br><br>v.<br><br>Q VISION NETWORK, INC. | CIVIL ACTION NO. 02-2874<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Q Vision Network Inc<br>7944 East Beck Lane<br>#140<br>Scottsdale, AZ 85260 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Manny D. Pokotilow, Esq.
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
Seven Penn Center, 12th flr., 1635 Market St.
Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: 5/14/02 |
|---|---|
| (By) Deputy Clerk<br>[signature]<br>PATRICIA A. JONES | |

**PLAINTIFF'S EXHIBIT 1**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/20/02 |
| NAME OF SERVER (PRINT) Jeff Evert | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Scott Singer in person, the president of Q Vision Network, INC.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/20/02
            Date                Signature of Server

7150 E. Camelback Rd. #444, Scottsdale, AZ 85251
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

U.S. Dis. t Court, Eastern District Pennsylvania
(NAME OF COURT)

QVC, INC.  vs  Q Vision Network, INC.  02-2874
PLAINTIFF/PETITIONER / DEFENDANT/RESPONDENT / CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Q Vision Network INC.
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)

by serving Scott Singer — President
NAME / RELATIONSHIP

at ☐ Home
☒ Business  7944 E. Beck LN. #140 Scottsdale, AZ
on 5/20/02 at 3:51 P.M.
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____ CITY  STATE

**Manner of Service:**  ☒ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Moved, Left no Forwarding    ☐ Other:
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ____ ____ ( ) ____ ____
( ) ____ ____ ( ) ____ ____ ( ) ____ ____

Description  Age: 38  Sex: M  Race: W  Hgt: 5'9"  Wgt: 180  Hair: BRN  Glasses: N

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on
5/21/02 at Scottsdale, Arizona
DATE / CITY / STATE

SIGNATURE OF PROCESS SERVER

State of Arizona
County of Maricopa
subscribed and sworn before me, a notary public, this 21ST day of May, 2002.

WITNESS MY HAND AND OFFICIAL SEAL TO

AARON DONGELL
Notary Public - Arizona
Maricopa County
My Commission Expires
July 12, 2003

NOTARY PUBLIC



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS