IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


QVC, INC.                              :
                                       :
        vs.                            :       CIVIL ACTION NO. 02-2874
                                       :
Q VISION NETWORK, INC.                 :

**ORDER**

     **AND NOW,** this     day of    , 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ]  -  Order staying these proceedings pending disposition of a related action.

    [ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

    [ ]  -  Interlocutory appeal filed

    [X]  -  Other: Order staying these proceedings pending Petiton for Bankruptcy filed on June 13, 2002.

it is
     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                        **BY THE COURT:**


                                   _____
                                   HARVEY BARTLE III,          J.

```
Civ. 13 (8/80)
```