IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| Q VISION NEWWORK, INC. | : | NO. 02-2874 |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

**AND NOW,** this    day of                , 2002, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

_____
HARVEY BARTLE III,        J.

Civ 15 (8/80)