```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| QVC, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Q VISION NETWORK, INC. | : | NO. 02-2874 |

### ORDER

AND NOW, this       day of August, 2002, upon consideration of the motion of plaintiff QVC, Inc. for entry of default judgment for failure of defendant Q Vision Network, Inc. to answer or otherwise respond to plaintiff's complaint within the time prescribed by the Federal Rules of Civil Procedure, and all other matters presented to the court, it is hereby ORDERED that:

  (1) the motion of plaintiff for default judgment is GRANTED;

  (2) defendant's registration of the QVISIONNETWORK.COM, QSHOPTV.COM and QSHOP.TV domain names is hereby canceled and transferred to plaintiff.  Plaintiff shall notify the respective registrars of said domain names - namely Go Daddy Software, Inc. (QVISIONNETWORK.COM and QSHOPTV.COM) and Network Solutions, Inc. (QSHOP.TV) - to delete and cancel defendant's registrations and transfer said registrations to plaintiff; and

(3) defendant, its officers, agents, servants, employees, and all persons and/or entities in active concert or participation with it, shall be permanently enjoined and restrained from any of the following activities:

(a) using the QVC and Q marks or any confusingly similar designation - including without limitation, Q VISION NETWORK, Q SHOP AND Q SHOP TV - alone or in combination with other terms, as a trademark, trade name component or otherwise, as a domain name component, directory name, or other such computer addresses, as the name of defendant's web site(s), and/or to market, advertise or identify defendant's goods and services;

(b) otherwise infringing the QVC and Q marks;

(c) causing likelihood of confusion, injury to business reputation, or dilution of the distinctive quality of the QVC and Q marks; and

(d) unfairly competing with plaintiff in any manner whatsoever.

BY THE COURT:

_____
J.